UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Harris, | |
|---|---|
| Plaintiff, | Case No. 18-cv-04505-EMC |
| v. | **ORDER TO SHOW CAUSE** |
| American Orthodontics Corporation | |
| Defendants. | |

Plaintiff's counsel in the above-entitled matter failed to appear at the case management conference on February 28, 2019. Defense counsel stated he contacted plaintiff's counsel regarding the filing of a case management conference statement yesterday afternoon and had expected a submission from plaintiff's counsel, of which to no avail. Plaintiff's counsel did not appear at that proceeding in compliance with the Court's orders.

THE COURT hereby issues an ORDER TO SHOW CAUSE why sanctions should not be imposed for unexcused failure to appear at the CMC, including paying opposing counsel's fees for appearing. Plaintiff's response to the Order to Show Cause shall be filed by **March 7, 2019**.

**IT IS SO ORDERED.**

Dated: February 28, 2019

_____
EDWARD M. CHEN
United States District Judge