1  JOSHUA J. CLIFFE, Bar No. 215390
   jcliffe@littler.com
2  WILLIAM A. COSMOPULOS, BAR No. 312908
   bcosmopulos@littler.com
3  LITTLER MENDELSON, P.C.
   333 Bush Street, 34th Floor
4  San Francisco, CA 94104
   Telephone: 415.433.1940
5  Facsimile: 415.399.8490

6  Attorneys for Defendants
   AMERICAN ORTHODONTICS CORPORATION,
7  KENNETH WEIBLEN, AND ANDREW MALM

8  MARK P. VELEZ, Bar No. 163484
   velezlaw@live.com
9  THE VELEZ LAW FIRM, P.C.
   3010 Lava Ridge Court, Suite 180
10 Roseville, CA 95661
   Telephone: 916.774.2720
11 Facsimile: 916.774.2730

12 Attorney for Plaintiff
   SUZANNE HARRIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Suzanne Harris, | Case No. 3:18-cv-04505-EMC |
|---|---|
| Plaintiff, | **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| American Orthodontics Corporation, a Wisconsin Corporation; Kenneth Weiblen, an individual; Andrew Malm, an individual, and Does 1 through 50, inclusive, | Complaint Filed: May 24, 2018<br>Trial Date: December 13, 2019 |
| Defendants. | |

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

Case No. 3:18-cv-04505-EMC       1.       JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)-(B), Plaintiff SUZANNE HARRIS and Defendants AMERICAN ORTHODONTICS COMPANY, KENNETH WEIBLEN, and ANDREW MALM, through their undersigned counsel, hereby agree and stipulate that the parties have reached an agreement to settle all of Plaintiff's claims, and that Plaintiff's Complaint shall be dismissed in its entirety with prejudice as to all Defendants.

Dated: June 24, 2019

/s/ William A. Cosmopulos
JOSHUA J. CLIFFE
WILLIAM A. COSMOPULOS
LITTLER MENDELSON, P.C.
Attorneys for Defendant
AMERICAN ORTHODONTICS
CORPORATION

Dated: June 24, 2019

/s/ Mark P. Velez
MARK P. VELEZ
THE VELEZ LAW FIRM, PC
Attorney for Plaintiff
SUZANNE HARRIS

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1, I, the filer of this document, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: June 25, 2019

/s/ William A. Cosmopulos
WILLIAM A. COSMOPULOS

IT IS SO ORDERED
Judge Edward M. Chen

FIRMWIDE:165135936.1 094262.1002

Case No. 3:18-cv-04505-EMC   2.   JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco CA 94104
415.433.1940